**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1470**

DR. CYNTHIA FISHER,

       Plaintiff - Appellant,

     v.

WALGREEN CO.,

       Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:17-cv-00225-MOC-WCM)

Submitted:  October 8, 2019               Decided:  October 18, 2019

Before KING, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cynthia Fisher, Appellant Pro Se.  Kelly S. Hughes, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cynthia Fisher appeals the district court's order dismissing her employment discrimination complaint and denying leave to amend. We have reviewed the record and find no reversible error. Accordingly, although we grant Fisher leave to proceed in forma pauperis, we affirm substantially for the reasons stated by the district court. *Fisher v. Walgreen Co.*, No. 1:17-cv-00225-MOC-WCM (W.D.N.C. Mar. 29, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*